# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0669. WILLIAM JEREMY SALTER v. GLENN ALBERT KIRBY.**

William Salter filed this direct appeal from the trial court's order dismissing his petition to establish paternity. We lack jurisdiction.

"Appeals from judgments or orders in divorce, alimony, and other domestic relations cases" must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). An action to determine paternity is a domestic relations case. OCGA § 19-1-1; *Brown v. Dept. of Human Resources*, 204 Ga. App. 27, 27 (418 SE2d 404) (1992) ("Appeals arising out of paternity petitions are domestic relations cases which require compliance with the discretionary appeal procedure of OCGA § 5-6-35."). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Accordingly, Salter was required to comply with the discretionary appeal procedure to obtain review of the trial court's order. His failure to do so deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Brown*, 204 Ga. App. at 27.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/13/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*